Argued and submitted January 8, supplemental judgment vacated and remanded; otherwise affirmed February 5, petition for review denied July 10, 2014 (355 Or 751)

Dennis REGEN
and Taylor & Taylor Realty Co.,
dba The Prudential Taylor & Taylor Realty Company,
*Plaintiffs-Respondents,*
*and*

T. W. COWGILL
and Anthony Johnson,
*Plaintiffs,*

*v.*

PICTURE BOOK PROPERTIES AND
INVESTMENTS, INC.,
an Oregon corporation,
*Defendant-Appellant.*

A149257 (Control)

Dennis REGEN
and Taylor & Taylor Realty Co.,
dba The Prudential Taylor & Taylor Realty Company,
*Plaintiffs-Respondents,*
*and*

T. W. COWGILL
and Anthony Johnson,
*Plaintiffs,*

*v.*

PICTURE BOOK PROPERTIES AND
INVESTMENTS, INC.,
an Oregon corporation,
*Defendant-Appellant.*

Lincoln County Circuit Court
104230; A151838

324 P3d 481

R. Daniel Lindahl argued the cause for appellant. With him on the opening brief was Lindahl Law Firm, PC. With

him on the amended opening and reply briefs was Lindahl Kaempf PC.

Paul B. Meadowbrook argued the cause for respondents. With him on the brief were William D. Brandt, Paul B. Meadowbrook, P.C., and William D. Brandt, P.C.

Before Sercombe, Presiding Judge, and Hadlock, Judge, and Tookey, Judge.

PER CURIAM

**PER CURIAM**

Defendant Picture Book Properties and Investments, Inc. (Picture Book) appeals the trial court's general judgment confirming an arbitration award, ORS 36.730(1)(c)(A), as well as the court's supplemental judgment awarding attorney fees to plaintiffs Dennis Regen (Regen) and Taylor & Taylor Realty Company (Taylor & Taylor), ORS 36.715(3).[1] We reject without discussion Picture Book's assertion that the trial court erred in confirming the arbitration award and that both the general and supplemental judgments should be reversed on that basis. Picture Book also contends that the supplemental judgment must be vacated and remanded because, although Picture Book requested that the trial court make special findings of fact and state its conclusions of law pursuant to ORCP 68 C(4)(e), the court failed to do so.[2] Under ORCP 68 C(4)(e), "[o]n the request of a party, the court shall make special findings of fact and state its conclusions of law on the record regarding the issues material to the award or denial of attorney fees." Regen and Taylor & Taylor concede that the case must be remanded for the trial court to make "explanatory factual findings and conclusions of law." We agree, accept the concession, and, accordingly, vacate and remand the supplemental judgment.

Supplemental judgment vacated and remanded; otherwise affirmed.

---

[1] The supplemental judgment also awarded fees and costs to plaintiffs T. W. Cowgill and Anthony Johnson. Those awards are not at issue on appeal.

[2] Pursuant to the December 1, 2012, order of the Council on Court Procedures, ORCP 68 was amended effective January 1, 2014. *See* ORS 1.735. Because those amendments do not affect our analysis, we cite to the prior version of the rule.